William D. Hyslop
United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>JORDAN LEE KENNEDY,<br><br>                    Defendant. | 2:20-CR-62-TOR<br><br>INDICTMENT<br><br>Vio: 26 U.S.C. §§ 5841, 5845(a),<br>5861(d), 5871<br>Possession of an Unregistered Firearm<br><br>Forfeiture Allegations:<br>26 U.S.C. § 5872, 49 U.S.C.<br>§ 80303, 28 U.S.C. § 2461 |

The Grand Jury charges:

On or about August 14, 2018, in the Eastern District of Washington, the Defendant, JORDAN LEE KENNEDY, knowingly possessed a firearm, to wit: a weapon made from a Ithaca, model 37, 12-gauge shotgun bearing serial number, 861430, with a barrel length of less than 18 inches and an overall length of less than 26 inches, which firearm was not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5845(a), 5861(d), 5871

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT-1

Pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872 and 28 U.S.C. § 2461, upon conviction of an offense in violation of 26 U.S.C. §§ 5845 (a), and 5861(d), as set forth in this Indictment, Defendant JORDAN LEE KENNEDY, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense.

DATED this 2 day of June, 2020.

A TRUE BILL

Foreperson

_____
William D. Hyslop
United States Attorney

_____
Earl A. Hicks
Assistant United States Attorney

INDICTMENT-2