William D. Hyslop
United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JORDAN LEE KENNEDY,<br><br>                    Defendant. | 2:20-CR-62-TOR<br><br>SUPERSEDING INDICTMENT<br><br>Vio:  26 U.S.C. §§ 5841, 5845(a), 5861(d), 5871<br>Possession of an Unregistered Firearm (Count 1)<br><br>Vio:  18 U.S.C. §§ 922(g)(3), 924(a)(2)<br>Unlawful User and Person Addicted to a Controlled Substance in Possession of Firearms (Count 2)<br><br>18 U.S.C. § 924, 26 U.S.C. § 5872, 49 U.S.C. § 80303, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about August 14, 2018, in the Eastern District of Washington, the Defendant, JORDAN LEE KENNEDY, knowingly possessed a firearm, to wit: a

SUPERSEDING INDICTMENT-1

weapon made from a Ithaca, model 37, 12-gauge shotgun bearing serial number, 861430, with a barrel length of less than 18 inches and an overall length of less than 26 inches, which firearm was not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5845(a), 5861(d), 5871.

## COUNT 2

On or about August 14, 2018, in the Eastern District of Washington, the Defendant, JORDAN LEE KENNEDY, knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802 and was addicted to a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess a firearms, to wit: an Ithaca, model 37, 12-gauge shotgun, bearing serial number 861430, a Smith and Wesson, model Bodyguard, .38 caliber revolver serial bearing serial number CXZ24668, and a Glock, model 23, .40 caliber, semiautomatic pistol bearing serial number GDB403, which firearms had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(3), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872 and 28 U.S.C. § 2461, upon conviction of an offense in violation of 26 U.S.C. §§ 5845 (a), and 5861(d), as set forth in Count 1 of this Superseding Indictment, Defendant JORDAN LEE KENNEDY, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(3), 924(a)(2), as set forth in Count 2 of this Superseding Indictment, the Defendant, JORDAN LEE KENNEDY, shall forfeit

SUPERSEDING INDICTMENT-2

to the United States of America, any firearms and ammunition involved or used in the offense.

DATED this 21 day of July, 2020.

*[signature]*
William D. Hyslop
United States Attorney

*[signature]*
Earl A. Hicks
Assistant United States Attorney

SUPERSEDING INDICTMENT-3