FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN LEE KENNEDY,<br><br>Defendant. | No. 2:20-CR-00062-TOR-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 36)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 36**. Defendant recites in his motion that U.S. Probation does not oppose this request. Defense counsel notified the Court by email that the United States does not oppose Defendant's motion.

Specifically, Defendant is requesting to reside at his mother's home upon discharge from inpatient treatment on September 9, 2020.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 36,** is **GRANTED**.

All previously ordered terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect, **ECF No. 34,** and Defendant shall comply with the following additional conditions:

(26) **Outpatient Treatment**: Defendant shall participate in an outpatient substance abuse treatment program.

(27) **Prohibited Substance Testing**:  **If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.** Defendant shall submit to any method of testing required by the

ORDER - 1

Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

**IT IS SO ORDERED.**

DATED September 8, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2