# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Kennedy, Jordan Lee | Docket No. | 2:20CR00062-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jordan Lee Kennedy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 28th day of July 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Jordan Lee Kennedy is alleged to have violated his conditions of pretrial release supervision by admitting to ingesting heroin and methamphetamine on October 26, 2020.

On August 19, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Kennedy. Mr. Kennedy acknowledged an understanding of the release conditions, which included standard condition number 9.

On October 26, 2020, Mr. Kennedy contacted the undersigned officer and admitted to ingesting heroin and methamphetamine over the weekend.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |  |
|---|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. | |
|  | Executed on: | November 4, 2020 |
| by | s/Erik Carlson | |
|  | Erik Carlson U.S. Pretrial Services Officer | |

**Re: Kennedy, Jordan Lee**
**November 4, 2020**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_November 4, 2020_____
Date