# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 11, 2020**

SEAN F. McAVOY, CLERK

U.S.A. vs.    Kennedy, Jordan Lee    Docket No.    2:20CR00062-TOR-1

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jordan Lee Kennedy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 28th day of July 2020, under the following conditions:

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Additional Condition #27:** Prohibited Substance Testing. If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper in any fashion with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Jordan Lee Kennedy is alleged to have violated his conditions of pretrial supervision by failing to report as instructed by the United States Probation Office in November 2020.

On August 19, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Kennedy. Mr. Kennedy acknowledged an understanding of the release conditions, which included standard condition number 6.

On October 26, 2020, Mr. Kennedy admitted to ingesting methamphetamine and heroin to the undersigned officer, which has been previously reported to the Court. In response to his use of illegal controlled substances, Mr. Kennedy was instructed to contact the undersigned officer each Tuesday for virtual meetings. Mr. Kennedy failed to report to the undersigned officer, as instructed, for the entire month of November 2020.

It should be noted, the undersigned officer was able to contact Mr. Kennedy virtually on November 17, 2020, after making multiple attempts to contact him via telephone and text messaging.

On December 7, 2020, the undersigned officer contacted Mr. Kennedy at his residence and again instructed him to contact the undersigned officer each Tuesday. Mr. Kennedy followed through with this directive and contacted the undersigned officer on December 8, 2020.

**Violation #2:** Jordan Lee Kennedy is alleged to have violated his conditions of pretrial supervision by failing to report for random drug testing on November 12, and 20, 2020.

On September 10, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Kennedy. He acknowledged an understanding of the conditions, which included condition number 27.

**Re: Kennedy, Jordan Lee**
**December 11, 2020**
**Page 2**

Also on September 10, 2020, the undersigned officer referred Mr. Kennedy to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Kennedy was instructed to contact PHS on a daily basis to determine if he was required to submit to random drug testing.

On November 12, and 20, 2020, Mr. Kennedy was required to report to PHS and submit to random drug testing. He failed to report to PHS and submit to drug testing on those dates.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: December 11, 2020 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

December 11, 2020
Date