✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Kennedy, Jordan Lee | Docket No. | 2:20CR00062-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jordan Lee Kennedy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 28th day of July 2020, under the following conditions:

**Additional Condition #27:** Prohibited Substance Testing. If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper in any fashion with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** Jordan Lee Kennedy is alleged to have violated his conditions of pretrial supervision by failing to report for random drug testing on February 24 and March 2, 2021.

On September 10, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Kennedy. He acknowledged an understanding of the conditions, which included condition number 27.

Also on September 10, 2020, the undersigned officer referred Mr. Kennedy to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Kennedy was instructed to contact PHS on a daily basis to determine if he was required to submit to random drug testing.

On February 24, and March 2, 2021, Mr. Kennedy was required to report to PHS and submit to random drug testing. He failed to report to PHS and submit to drug testing on those dates.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

| | | |
|---|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. | |
| | Executed on: | March 15, 2021 |
| by | s/Erik Carlson | |
| | Erik Carlson U.S. Pretrial Services Officer | |

PS-8

**Re: Kennedy,, Jordan Lee**
**March 15, 2021**
**Page 2**

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Thomas O. Rice
United States District Judge

_March 15, 2021_____
Date