PROB 12C
(6/16)

Report Date: July 9, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jordan Lee Kennedy | Case Number: 0980 2:20CR00062-TOR-1 |
| Address of Offender: ▉▉▉▉▉▉ Spokane, Washington 99201 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: April 7, 2021 | |
| Original Offense: | Unlawful User and Person Addicted to a Controlled Substance in Possession of Firearms, 18 U.S.C. §§ 922(g)(3), and 924(a)(2) |
| Original Sentence: Prison - 48 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl Allan Hicks | Date Supervision Commenced: July 31, 2023 |
| Defense Attorney: John Stephen Roberts, Jr. | Date Supervision Expires: July 30, 2026 |

### PETITIONING THE COURT

To issue a summons.

On August 1, 2023, a supervision intake was completed. Mr. Kennedy's judgment was reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged that Jordan Kennedy violated the terms of his supervised release by driving under the influence in violation of Idaho Code 18-8004(1)(a), on or about July 5, 2024. |
| | On July 5, 2024, at approximately 11:05 p.m., a deputy with the Benewah County Sheriff's Office responded to a possible drunk driver. The deputy located the vehicle in question parked near a gas station in St. Maries, Idaho. As the deputy pulled up, they could see what appeared to be a male, later identified as Jordan Kennedy, asleep at the wheel. The deputy could immediately smell the strong odor of an alcoholic substance coming from the vehicle. |
| | Mr. Kennedy was observed to have bloodshot/glossy eyes, his speech was very slurred and while speaking to him it did not appear his memory was working well. |

Mr. Kennedy was questioned about his alcohol consumption. He initially would not respond and only shook his head. He was asked to turn off the vehicle and provide the keys to the deputy. He did turn off the vehicle, but refused to give the deputy his keys. Field sobriety tests were conducted and Mr. Kennedy was placed into custody for suspicion of driving under the influence.

While conducting a tow inventory of the vehicle, the deputy located a blue pen shell with brown residue inside, an open half gallon of Sky Vodka, which was approximately half empty and two Powerade bottles with an orange liquid that had the odor of an alcoholic substance inside both containers.

Mr. Kennedy was ultimately booked into the Benewah County Jail. Mr. Kennedy has been charged with driving under the influence in violation of Idaho Code 18-8004(1)(a), having an open alcohol container in his vehicle, in violation of Idaho Code 23-505(2), and possessing drug paraphernalia, in violation of Idaho Code 37-2734(A).

He has since bonded out of custody.

On July 8, 2024, after the undersigned officer contacted him, Mr. Kennedy reported to the probation office. He admitted to consuming alcohol throughout the day on July 5, 2024, while he was at the river in St. Maries, Idaho.

2  **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Jordan Kennedy violated the terms of his supervised release by having an open alcohol container in his vehicle, in violation of Idaho Code 23-505(2), on or about July 5, 2024.

On July 5, 2024, at approximately 11:05 p.m., a deputy with the Benewah County Sheriff's Office responded to a possible drunk driver. The deputy located the vehicle in question parked near a gas station in St. Maries, Idaho. As the deputy pulled up, they could see what appeared to be a male, later identified as Jordan Kennedy, asleep at the wheel. The deputy could immediately smell the strong odor of an alcoholic substance coming from the vehicle.

Mr. Kennedy was observed to have bloodshot/glossy eyes, his speech was very slurred and while speaking to him it did not appear his memory was working well.

Mr. Kennedy was questioned about his alcohol consumption. He initially would not respond and only shook his head. He was asked to turn off the vehicle and provide the keys to the deputy. He did turn off the vehicle, but refused to give the deputy his keys. Field sobriety tests were conducted and Mr. Kennedy was placed into custody for suspicion of driving under the influence.

While conducting a tow inventory of the vehicle, the deputy located a blue pen shell with brown residue inside, an open half gallon of Sky Vodka, which was approximately half empty and two Powerade bottles with an orange liquid that had the odor of an alcoholic substance inside both containers.

Mr. Kennedy was ultimately booked into the Benewah County Jail. Mr. Kennedy has been charged with driving under the influence in violation of Idaho Code 18-8004(1)(a), having

Prob12C
Re: Kennedy, Jordan Lee
July 9, 2024
Page 3

an open alcohol container in his vehicle, in violation of Idaho Code 23-505(2), and possessing drug paraphernalia, in violation of Idaho Code 37-2734(A).

He has since bonded out of custody.

On July 8, 2024, after the undersigned officer contacted him, Mr. Kennedy reported to the probation office. He admitted to consuming alcohol throughout the day on July 5, 2024, while he was at the river in St. Maries, Idaho.

3      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Jordan Kennedy violated the terms of his supervised release by possessing drug paraphernalia, in violation of Idaho Code 37-2734(A), on or about July 5, 2024.

On July 5, 2024, at approximately 11:05 p.m., a deputy with the Benewah County Sheriff's Office responded to a possible drunk driver. The deputy located the vehicle in question parked near a gas station in St. Maries, Idaho. As the deputy pulled up, they could see what appeared to be a male, later identified as Jordan Kennedy, asleep at the wheel. The deputy could immediately smell the strong odor of an alcoholic substance coming from the vehicle.

Mr. Kennedy was observed to have bloodshot/glossy eyes, his speech was very slurred and while speaking to him it did not appear his memory was working well.

Mr. Kennedy was questioned about his alcohol consumption. He initially would not respond and only shook his head. He was asked to turn off the vehicle and provide the keys to the deputy. He did turn off the vehicle, but refused to give the deputy his keys. Field sobriety tests were conducted and Mr. Kennedy was placed into custody for suspicion of driving under the influence.

While conducting a tow inventory of the vehicle, the deputy located a blue pen shell with brown residue inside, an open half gallon of Sky Vodka, which was approximately half empty and two Powerade bottles with an orange liquid that had the odor of an alcoholic substance inside both containers.

Mr. Kennedy was ultimately booked into the Benewah County Jail. Mr. Kennedy has been charged with driving under the influence in violation of Idaho Code 18-8004(1)(a), having an open alcohol container in his vehicle, in violation of Idaho Code 23-505(2), and possessing drug paraphernalia, in violation of Idaho Code 37-2734(A).

He has since bonded out of custody.

On July 8, 2024, after the undersigned officer contacted him, Mr. Kennedy reported to the probation office. He was questioned about the drug paraphernalia. He denied illicit drug use, but stated that he abuses his Suboxen prescription by smoking the substance.

Prob12C
Re: Kennedy, Jordan Lee
July 9, 2024
Page 4

| | |
|---|---|
| 4 | **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: It is alleged that Jordan Kennedy violated the terms of his supervised release by consuming alcohol, on or about July 5, 2024.

On July 5, 2024, at approximately 11:05 p.m., a deputy with the Benewah County Sheriff's Office responded to a possible drunk driver. The deputy located the vehicle in question parked near a gas station in St. Maries, Idaho. As the deputy pulled up, they could see what appeared to be a male, later identified as Jordan Kennedy, asleep at the wheel. The deputy could immediately smell the strong odor of an alcoholic substance coming from the vehicle.

Mr. Kennedy was observed to have bloodshot/glossy eyes, his speech was very slurred and while speaking to him it did not appear his memory was working well.

Mr. Kennedy was questioned about his alcohol consumption. He initially would not respond and only shook his head. He was asked to turn off the vehicle and provide the keys to the deputy. He did turn off the vehicle, but refused to give the deputy his keys. Field sobriety tests were conducted and Mr. Kennedy was placed into custody for suspicion of driving under the influence.

While conducting a tow inventory of the vehicle, the deputy located a blue pen shell with brown residue inside, an open half gallon of Sky Vodka, which was approximately half empty and two Powerade bottles with an orange liquid that had the odor of an alcoholic substance inside both containers.

Mr. Kennedy was ultimately booked into the Benewah County Jail. Mr. Kennedy has been charged with driving under the influence in violation of Idaho Code 18-8004(1)(a), having an open alcohol container in his vehicle, in violation of Idaho Code 23-505(2), and possessing drug paraphernalia, in violation of Idaho Code 37-2734(A).

He has since bonded out of custody.

On July 8, 2024, after the undersigned officer contacted him, Mr. Kennedy reported to the probation office. He admitted to consuming alcohol throughout the day on July 5, 2024, while he was at the river in St. Maries, Idaho.

| | |
|---|---|
| 5 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: It is alleged that Jordan Kennedy violated the terms of his supervised release by leaving the Eastern District of Washington without prior approval, on or about July 5, 2024.

On July 5, 2024, as noted in the above-noted alleged violations, Mr. Kennedy was arrested in the District of Idaho.

Prob12C
Re: Kennedy, Jordan Lee
July 9, 2024
Page 5

On July 8, 2024, he reported to the probation office as directed and admitted to spending the day in Idaho, specifically at a river in St. Maries, Idaho.

Mr. Kennedy did not have prior approval to travel outside the Eastern District of Washington.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 9, 2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

July 9, 2024
Date