PROB 12C
(6/16)

Report Date:  July 24, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 24, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jordan Lee Kennedy                    Case Number: 0980 2:20CR00062-TOR-1

Address of Offender: ██████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 7, 2021

| | |
|---|---|
| Original Offense: | Unlawful User and Person Addicted to a Controlled Substance in Possession of Firearms, 18 U.S.C. §§ 922(g)(3), and 924(a)(2) |
| Original Sentence: | Prison - 48 months TSR - 36 months |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 48 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | July 31, 2023 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: | July 30, 2026 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 7/9/2024.

On August 1, 2023, a supervision intake was completed.  Mr. Kennedy's judgment was reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Jordan Kennedy allegedly violated the terms of his supervised release by consuming a controlled substance, cocaine, on or about July 8, 2024.

On July 8, 2024, Jordan Kennedy reported to the U.S. Probation Office.  At that time, a sweat patch was applied for the purposes of testing for controlled substances.  On July 10, 2024, the sweat patch was removed and sent to the laboratory for testing.

The laboratory report has since been received, and noted a positive presence for cocaine.

**Prob12C**
**Re: Kennedy, Jordan Lee**
**July 24, 2024**
**Page 2**

7      <u>**Standard Condition #8:**</u> You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

<u>**Supporting Evidence:**</u> Jordan Kennedy allegedly violated the terms of his supervised release by having ongoing contact with a known felon, through July 17, 2024.

On January 4, 2024, the undersigned officer verbally reprimanded Mr. Kennedy after learning he had been associating with another felon who is also under federal supervision.  A report on offender under supervision was submitted to the Court which included this violation, and the Court took no further action.

On May 3, 2024, the same felon was contacted by law enforcement at Mr. Kennedy's residence.  There was not enough evidence to suggest Mr. Kennedy was with the other party at the time; however, both parties were reminded of this restriction.

On July 16, 2024, the undersigned attempted to contact Mr. Kennedy at his residence.  Upon arrival, the undersigned observed a vehicle matching the one belonging to the same felon Mr. Kennedy had been warned multiple times about.  The undersigned then observed the felon exit the apartment building, move her vehicle around the corner and then reenter the residence.  She was contacted and claimed she was only there to pick up her dog; however, 1 ½ hours later, her vehicle was still parked at Mr. Kennedy's residence.

On July 17, 2024, the undersigned made contact with Mr. Kennedy at his residence.  He was confronted about ongoing contact with the felon in question.  Although he denied being home on July 16, 2024, when she was there, he admitted to an ongoing relationship and communication with her. He was once again directed to cease contact with felons he has not previously been given permission to communicate with.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    <u>07/24/2024</u>

<u>s/Melissa Hanson</u>

Melissa Hanson
U.S. Probation Officer

**Prob12C**
**Re: Kennedy, Jordan Lee**
**July 24, 2024**
**Page 3**


THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the
      case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

July 24, 2024
Date