PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2024

SEAN F. McAVOY, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Jordan Lee Kennedy | Case Number: 0980 2:20CR00062-TOR-1 |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: April 7, 2021 | Type of Supervision: Supervised Release |
| Original Offense: Unlawful User and Person Addicted to a Controlled Substance in Possession of Firearms, 18 U.S.C. §§ 922(g)(3), and 924(a)(2) | Date Supervision Commenced: July 31, 2023 |
| Original Sentence: Prison - 48 Months; TSR - 36 Months | Date Supervision Expires: July 30, 2026 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

5    You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

## CAUSE

Jordan Kennedy is currently set to appear before Your Honor for a supervised release revocation hearing on August 29, 2024. The current violations before the Court include driving under the influence, being out of the district without permission, consumption of alcohol, cocaine use, and contact with a known felon.

Mr. Kennedy has indicated a need for mental health counseling. He is already scheduled for a mental health assessment with Pioneer Human Services (PHS), but may need to reschedule if it is not covered by his insurance. Mr. Kennedy is in agreement to having the conditions of his supervised release modified, to include a requirement to complete a mental health evaluation and engage in mental health treatment. He has signed the attached waiver of hearing to modify his conditions of supervision.

It should be noted that another petition and violation report alleging additional violations will be forthcoming.

The purpose of this request for modifying the conditions of supervised release is not to adjudicate any of the violations, but rather to help expedite mental health services.

Therefore, it is respectfully recommended that Jordan Kennedy's conditions of supervised release be modified to include the above noted special condition for mental health services.

Prob 12B
**Re: Kennedy, Jordan Lee**
**August 9, 2024**
**Page 2**

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   | by | s/Melissa Hanson |
|   |   | Melissa Hanson<br>U.S. Probation Officer<br>Date:  August 9, 2024 |

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

Thomas O. Rice
United States District Judge

August 14, 2024

Date