PROB 12C
(6/16)

Report Date: August 27, 2024

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jordan Lee Kennedy | Case Number: 0980 2:20CR00062-TOR-1 |
| Address of Offender: ▬▬▬▬▬▬▬▬▬▬ | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 7, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Unlawful User and Person Addicted to a Controlled Substance in Possession of Firearms, 18 U.S.C. §§ 922(g)(3), and 924(a)(2) | | |
| Original Sentence: | Prison - 48 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | July 31, 2023 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: | July 30, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/09/2024, 07/24/2024 and 08/12/2024.

On August 1, 2023, a supervision intake was completed. Mr. Kennedy's judgment was reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |
| | **Supporting Evidence**: It is alleged that Jordan Kennedy violated the terms of his supervised release by having contact with a known felon on or about August 23, 2024. |
| | The undersigned officer received information that Jordan Kennedy was arrested on his U.S. Marshals warrant on August 23, 2024, after officers responded to his residence regarding a domestic dispute. The available incident report notes that on August 23, 2024, the Spokane County Sheriff's Office (SCSO) responded to a domestic dispute at Mr. Kennedy's residence. A witness reported that Mr. Kennedy was seen hitting a vehicle with a broom. The witness believed the alleged victim to be his "ex-wife." Mr. Kennedy's mom was contacted by a SCSO deputy. She advised that Mr. Kennedy told her that his girlfriend "Shelby" was there and he was trying to get her to leave. |

Prob12C
Re: Kennedy, Jordan Lee
August 27, 2024
Page 2

This officer was contacted by an individual under supervision (IUS), who is the same IUS referenced in alleged violation number 7 (see the petition submitted on July 24, 2024, ECF 77), and alleged violation number 8 (see the petition submitted on August 12, 2024, ECF 88). This IUS advised that she was with Mr. Kennedy at his residence. She advised they had an argument over the two ending their relationship. She reported Mr. Kennedy was screaming, had pulled open her car door, grabbed her neck and threw a picture. She advised she left before law enforcement responded. She advised law enforcement contacted her by telephone and she lied to them about being the individual involved in the domestic dispute.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 27, 2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge
August 27, 2024
Date