PROB 12C
(6/16)

Report Date: August 12, 2024

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jordan Lee Kennedy                Case Number: 0980 2:20CR00062-TOR-1

Address of Offender: ████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 7, 2021

Original Offense:      Unlawful User and Person Addicted to a Controlled Substance in Possession of Firearms, 18 U.S.C. §§ 922(g)(3), and 924(a)(2)

Original Sentence:     Prison - 48 months;            Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Earl A. Hicks                  Date Supervision Commenced: July 31, 2023

Defense Attorney:      John Stephen Roberts, Jr.      Date Supervision Expires: July 30, 2026

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/09/2024, and 07/24/2024.

On August 1, 2023, a supervision intake was completed. Mr. Kennedy's judgment was reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition #8:** You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |
| | **Supporting Evidence:** It is alleged that Jordan Kennedy violated the terms of his supervised release by having contact with a known felon, on or about July 31, 2024. |
| | The undersigned officer received a Spokane City Police report reference a malicious mischief call that occurred on July 31, 2024. It was noted that both Mr. Kennedy and the same individual under supervision (IUS) noted in alleged violation number 7 (see the petition submitted on July 24, 2024 (ECF 77)), were together at Mr. Kennedy's residence. Mr. Kennedy and the other IUS got into an argument with a neighbor. A portion was caught on a recording from a camera, which the officer watched and listened to. |

Prob12C
Re: Kennedy, Jordan Lee
August 12, 2024
Page 2

On August 9, 2024, Mr. Kennedy reported to the probation officer and acknowledged they were together at his apartment on July 31, 2024.

9     **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Jordan Kennedy violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about August 7, 2024.

On August 9, 2024, Mr. Kennedy reported to the probation office as directed. After being made aware that a urinalysis would be required, he admitted to consuming both methamphetamine and alcohol on August 7, 2024, and signed a drug use admission form.

10     **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Jordan Kennedy violated the terms of his supervised release by consuming alcohol, on or about August 7, 2024.

On August 9, 2024, Mr. Kennedy reported to the probation office as directed. After being made aware that a urinalysis would be required, he admitted to consuming both methamphetamine and alcohol on August 7, 2024, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 12, 2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Kennedy, Jordan Lee
August 12, 2024
Page 3

## THE COURT ORDERS

[ ]    No Action
[X]   The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]    Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

August 12, 2024
Date